## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

**In Re:**

| | |
|---|---|
| **Wail Hasan El Eisawi,** | **Case No. 19-40490-elm13** |
| **Debtor.** | **Chapter 13** |
| | **Hon. Edward L. Morris** |

_____/

### APPEARANCE, NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:     All Creditors and Interested Parties

PLEASE TAKE NOTICE that Abdo K. Dakkouch of the DAKKOUCH LAW FIRM, has this date entered his appearance as counsel for Creditor, Mohammad Fattal, in the above-captioned case and requests that all notices given or required to be given in this case and all papers served in this case be given and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that the court add the undersigned to the matrix of creditors.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Fed. R. Bankr. P. 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, or otherwise which affects the debtor or property of the debtor.

Respectfully submitted,

(SIGNATURE PAGE TO FOLLOW)

DAKKOUCH LAW FIRM

By:    /s/Abdo K. Dakkouch____
        Abdo K. Dakkouch (SBN:24101666)
        Attorney for Creditor
        1237 Southridge Ct., Ste. 205
        Hurst, TX 76053
        (214) 579-9985
        abe@dakkouchlaw.com