In Re: Fatal v. El Eisawi
Case No. 19-40490-elm13 -13
Adv. No. 19-04046-elm

## SUMMONS SERVICE EXECUTED

I, _Ragia Tarawneh_

of** _Dakkouch Law Firm_

certify:

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

    That on the _7th_ day of _May_, _2019_ I served a copy of the within summons, together with the complaint filed in this proceeding, on

_Wail Hassan El Eisawi_

the defendant in this proceeding, by {describe here the mode of service}
_First Class mail · Return Reciept requested_

the said defendant at
_2924 Mosaic Ct., Grandprairie, TX 75052_

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _5-7-19_    _[signature]_
(Date)    (Signature)

** _1237 Southridge Ct, Suite 205, Hurst, TX 76053_
State mailing address

Case 19-04046-elm Doc 3 Filed 05/02/19    Entered 05/02/19 10:17:20    Page 2 of 2

In Re: Fatal v. El Eisawi
Case No. 19-40490-elm13 -13
Adv. No. 19-04046-elm

## SUMMONS SERVICE EXECUTED

I, __Ragia Tarawneh__

of** __Dakkouch Law Firm__

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the __7th__ day of __May__, __2019__ I served a copy of the within summons, together with the complaint filed in this proceeding, on

__Wail Hassan El Eisawi__

the defendant in this proceeding, by {describe here the mode of service}
__First Class mail · Return Reciept requested__

the said defendant at
__2924 mosaic ct.,__
__Grand prairie, TX 75052__

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __5-7-19__    __[signature]__
(Date)    (Signature)

**__1237 Southridge ct, suite 205, Horst, TX 76053__
State mailing address